The People of the State of New York ex rel. Albert E. Stone, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.   No opinion.

Annie Mulroy, as Administratrix, etc., of Michael Mulroy, Deceased, Appellant, v. J. D. Murphy Company, Respondent.— Judgment affirmed, with costs. No opinion.

George A. Stearns, Appellant, v. George F. Titus and Others, Respondents.— Judgment and order affirmed, with costs.   No opinion.

Michael H. Haffey, Respondent, v. Sarah Lynch, Appellant.— Judgment affirmed, with costs.   No opinion.

Julia A. Smith, Respondent, v. Abraham Orently and Others, Impleaded with Elisabet Schlesinger and Ritter Realty Company, Appellants.— Judgment affirmed, with costs.   No opinion.

Wilbur F. Steele, Appellant, v. Rome Brass and Copper Company, Respondent.— Order affirmed, with costs.   No opinion.

The People of the State of New York, Respondent, v. Joseph Cohen, Appellant.— Judgment affirmed.   No opinion.

In the Matter of the Petition of Charles T. Dunning, as Special Guardian of Catherine B. Bell, an Incompetent Person, Appellant.   John Berry and Jacob Berry, as Committee of the Person and Property of Said Catherine Bell, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Atwood Violett and Others, Copartners, Doing Business under the Firm Name and Style of Atwood Violett & Company, Respondents, v. John D. Rishell, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of the Application of the East River Gas Company of Long Island City to Acquire by Eminent Domain Easements and Rights of Way in Certain Real Property in the City of New York.   East River Gas Company of Long Island City, Appellant, v. The City of New York and The State of New York, Respondents.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Max Levy, Respondent, v. Central Consumers' Wine and Liquor Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Jennie Kelly, Appellant, v. John Kelly, Respondent.— Order reversed and motion granted allowing $25 a week alimony and $100 counsel fee, without costs. No opinion.